I don't have a lot to say about this case. This is yet another former UNB case. We all know Thompson is up on appeal and that's going to tell us what the Supreme Court thinks about whether you can have harmless error in these cases and whether you can have plain error in these cases. I know, I mean, I know I've filed, I think, three motions to cite additional authority that supports the state's position that I've argued in my brief. Believe me, I could have done more, and I didn't. The case law is out there, the Supreme Court's going to decide it, but here's why I'm here. Thompson doesn't matter in this case. This judge complied with Rule 431. There's no question of plain error, there's no question of harmless error, there is no error. Here's what the trial court said. He's got the defendant, and he says, I'm going to instruct you on the basic principles of criminal law, including the fact that the defendant is presumed innocent, and this presumption remains throughout the trial until all evidence is presented and the jury feels beyond a reasonable doubt that he is guilty, that the burden on the state to prove defendant guilty beyond reasonable doubt, that the burden is on the state to prove the defendant guilty does not have to prove anything, that the defendant does not have to present any evidence if he does not want to, that the defendant does not have to testify in his case, and that if he does not put on any evidence or does not testify, the jurors are not to consider that in deciding the guilt or innocence of the defendant. He's told the whole jury principle. Then he says, now, those basic concepts of criminal law that we follow, those are the basic concepts of criminal law that we follow in this country and that will be followed in this case. He's got his jury in three different groups. Turns to the first group, and he says, do any of you of the first 14 have any quarrel or any objection to that basic concept of criminal law? He waits. Nobody says anything. Gives him an opportunity to respond. Then he says, if there is any of you who thinks you cannot follow that concept of criminal law, is there anyone? If so, raise your hand. I want you to be honest. No one? Okay. Because this is on the second group, he does this with the third group. This is not a game of Jeopardy. He doesn't have to make his statement in the form of a question. In order to comply with Rule 431B, you can say, these are the principles. Do you understand them? Do you have any problems following that is full compliance with Rule 431B? That's what this trial judge did, and there is no error. Just no error. You don't have to say, ask these in the form of a question. You can state them, ask the jurors, give them the answer.